IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOANNA SPIESMAN,**
on behalf of herself and
all others similarly situated,

        Plaintiff,

v.

**VERDE ENERGY USA, INC.,**

        Defendant.

Case No. 1:20-cv-1543

Class Action

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff now dismisses this action without prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

Dated: October 23, 2020

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
10/27/2020

Respectfully submitted,

/s/ William F. Cash III

William F. Cash III (Ohio Bar No. 84482)
Matthew D. Schultz (*pro hac vice*)
Brenton J. Goodman (*pro hac vice*)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059
Email: bcash@levinlaw.com
Email: mschultz@levinlaw.com
Email: bgoodman@levinlaw.com